<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6098**

———————

RANDY ALAN YOUNG,

                                Petitioner - Appellant,

    versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

                                Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-00-23)

———————

Submitted: July 24, 2001           Decided: August 2, 2001

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Randy Alan Young, Appellant Pro Se. Robert H. Anderson, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Randy Alan Young appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Young v. Angelone, No. CA-00-23 (E.D. Va. filed Dec. 13, 2000; entered Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED